In re Betty M. RUSMISELL; Ann
Rusmisell, Petitioners.

No. 01–1698.

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 23, 2001.

Decided Aug. 29, 2001.

Betty M. Rusmisell, Ann Rusmissell, pro
se.

Before WILKINS and KING, Circuit
Judges, and HAMILTON, Senior Circuit
Judge.

PER CURIAM.

Betty M. and Ann Rusmisell filed
this mandamus petition requesting that
this court compel the district court to comply with an earlier mandate of this court
or, alternatively, "to prohibit the lower
court from permitting and assisting the
defendants below to re-litigate this issue of
attorney fees *ex parte* and continuing to
deny petitioners' discovery rights [sic]."
Additionally, petitioners seek a stay of ongoing district court proceedings.

Mandamus is a drastic remedy to
be used only in extraordinary circumstances. *Kerr v. United States District
Ct.*, 426 U.S. 394, 402, 96 S.Ct. 2119, 48
L.Ed.2d 725 (1976). Mandamus relief is
only available when there are no other
means by which the relief sought could be
granted, *In re Beard*, 811 F.2d 818, 826
(4th Cir.1987), and may not be used as a
substitute for appeal. *In re Catawba Indian Tribe*, 973 F.2d 1133, 1135(4th Cir.
1992). The party seeking mandamus relief
carries the heavy burden of showing that
he has "no other adequate means to attain
the relief he desires" and that his entitle-

ment to such relief is "clear and indisputable." *Allied Chem. Corp. v. Daiflon, Inc.*, 449 U.S. 33, 35, 101 S.Ct. 188, 66 L.Ed.2d 193 (1980).

Because the petitioners have failed to show that there is not an available remedy or that they are entitled to the requested relief, we deny the petition for mandamus relief and the request for stay. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*